IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATALAYA BOGUSLAVASKAYA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-6064 |
| v. | : | |
| OFFICER CHRISTOPHER O'NEILL, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 30th day of June, 2010, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 8), and Plaintiff's Opposition thereto (Dkt. No. 9), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II        J.